# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
## Entry of Appearance and Certificate of Interested Parties

| | |
|---|---|
| UNITED STATES of AMERICA,<br>    Plaintiff - Appellee<br><br>vs.<br><br>EDGAR LEOPOLDO GARCIA-MARTINEZ,<br>    Defendant - Appellant. | **CASE NO. 15-1432** |

**INSTRUCTIONS:** COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, TOGETHER WITH PROOF OF SERVICE ON ALL OTHER PARTIES. IF THE CERTIFICATE OF INTERESTED PARTIES ON THE REVERSE OF THIS FORM IS COMPLETED, AN ORIGINAL AND THREE COPIES MUST BE FILED. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY AFFIXING THEIR INDIVIDUAL SIGNATURES.

    In accordance with 10th Cir. R. 46.1., the undersigned attorney(s) hereby appear as counsel for,

UNITED STATES OF AMERICA,
**(Party or Parties)**
PLAINTIFF - APPELLEE.                                                                                                         , in the subject cases(s).
**(Appellant/Petitioner or Appellee/Respondent)**

    Further, in accordance with 10th Cir. R. 46.1.3., the undersigned certify(ies) as follows: **(Check one.)**

\_\_\_\_\_ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding.

 X  There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| J. BISHOP GREWELL, Assistant United States Attorney<br>**Name of Counsel** | **Name of Counsel** |
| **s/ *J. Bishop Grewell*** <br>**Signature of Counsel** | **Signature of Counsel** |
| Office of the United States Attorney<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado 80202<br>(303) 454-0100<br>Email Address: USACO.ECFAppellate@usdoj.gov<br>                      Bishop.Grewell@usdoj.gov<br>**Mailing Address and Telephone Number** | **Mailing Address and Telephone Number** |

I hereby certify that a copy of this Entry of Appearance was filed using the CM/ECF system, which will send notification of such filing to the following e-mail address on:   November 19, 2015   (Please insert date)

to:     Lisabeth Perez Castle
            lawdenver@aol.com; papalegallos@gmail.com


                                                    **s/ *J. Bishop Grewell***
                                                    J. Bishop Grewell
(*See* Fed. R. App. P. 25(b))                                **(Signature of Counsel)**

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to the foregoing

(1)     all required privacy redactions have been made;

(2)     if required to file additional hard copies, that the ECF submission is an exact copy of those documents;

(3)     The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, TREND MICRO Office Scan for Windows, Version 10.6.5614, Engine Version 9.800.1009, Virus Pattern File 11.159.00, dated 11/19/15, and according to the program are free of viruses.

I certify that the information on this form is true and correct to the best of my knowledge and belief formed after a reasonable inquiry.


                                            s/ *Dorothy Burwell*
                                            Dorothy Burwell
                                            U.S. Attorney's Office